IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MARK ROBERT WYATT,**
      **Plaintiff,**

vs.                                Case No. 3:07cv44/LAC/MD

**RENE VASQUEZ REGUINDIN, et al.,**
      **Defendants.**

---

### REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on January 26, 2007 by filing a civil rights complaint. (Doc. 1). Because plaintiff failed to submit the filing fee or, in the alternative, a motion to proceed *in forma pauperis*, this court entered an order on February 2, 2007 requiring plaintiff to submit one of the foregoing within thirty days. (Doc. 6). Plaintiff did not respond to the order.

Accordingly, on March 13, 2007 the court entered an order requiring plaintiff to show cause, within twenty days, why his case should not be dismissed for failure to comply with an order of the court. (Doc. 7). A copy of the order was mailed to plaintiff at his address of record, the Escambia County Jail. However, it was returned as undeliverable marked, "Return to Sender - No Longer At This Address." (Doc. 8). The court, on its own initiative, discovered that plaintiff had been committed to the custody of the Florida Department of Corrections. Accordingly, on March 21, 2007 the court directed the clerk to forward a copy of the March 13, 2007 order to plaintiff at his new address, Gulf Correctional Institution. (Doc. 9; *see also* www.dc.state.fl.us.). Over twenty days has elapsed since the re-mailing of the

order, and the court has received no response from plaintiff.  No correspondence from plaintiff has been received since the filing of this case on January 26, 2007.

Accordingly, it respectfully RECOMMENDED:

1.  That this case be **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 10th day of April, 2007.

/s/ *Miles Davis*
    **MILES DAVIS**
    **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**